

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

**Petition for a Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause**

Offender: Sanders, Rasan                    Docket Number: 7:04-CR-00063-001(SCR)

Sentencing Judge: Honorable Stephen C. Robinson, United States District Judge

Date of Original Sentence:     September 10, 2004

Original Offense:   Possession of a Firearm by a Convicted Felon in Violation of 18 USC 922 (g)(1) a Class C Felony

Original Sentence:   Twenty-Five (25) Months Imprisonment Followed by Three (3) Years Supervised Release

Type of Supervision:   Supervised Release     Date Supervision Commenced:   August 17, 2006

---

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following condition of supervision:

Violation
 Number        Nature of Noncompliance

1       ON OR ABOUT DECEMBER 28, 2006, IN BRONX COUNTY THE RELEASEE COMMITTED A FEDERAL CRIME, POSSESSION OF A FIREARM BY A CONVICTED FELON IN VIOLATION OF 18 USC 922 (g)(1), A CLASS C FELONY, IN THAT GAINES POSSESSED A SMITH AND WESSON .357 REVOLVER. MANDATED CONDITION, GRADE B VIOLATION.

(Rev. eVOP 10/26/06)

U.S. Probation Officer Recommendation:

The term of supervision should be:

X     Revoked

        Extended for year(s), for a total term of years.

The conditions of supervision should be modified as follows:

**If the Court were to revoke the offender's current term of supervised release and re-impose a term of supervised release, we would respectfully request that the previously imposed Special Conditions remain in effect.**

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Miranda Hoyer
U.S. Probation Officer Assistant
(212) 805-5078

Approved By:

Peter Merrigan     Date    2/16/07
Supervising U.S. Probation Officer

(Rev. eVOP 10/26/06)

Rasan Sanders/7:04-CR-00063-001(SCR)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[x]    The Issuance of a Warrant


[  ]    The Issuance of a Summons
             The Offender is directed to appear as follows:


Date: _____

Time: _____

Place: _____


[  ]    Submit a Request for Modifying the Condition or Term of Supervision
[  ]    Other




_____
Signature of Judicial Officer

_March 7, 2007_____
Date

(Rev. eVOP 10/26/06)