# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

**MEMO ENDORSED**

May 15, 2007

Southern District of New York
John J. Byrnes
Attorney-in-Charge

VIA U.S. MAIL
Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601


MAY 17 2007
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

Re:   **United States v. Rasan Sanders**
      04 Cr. 63 (SCR)

Dear Judge Robinson:

I write on behalf of Rasan Sanders with respect to the pending specification against Mr. Sanders charging that he violated the terms of his supervised release by possessing a firearm on December 28, 2006. This violation conduct is currently the subject of a criminal prosecution assigned to the Honorable Paul A. Crotty, 07 Cr. 147. On May 9, 2007, Mr. Sanders pleaded guilty to an indictment charging him with having been a felon in possession of a firearm on December 28, 2006. Mr. Sanders is scheduled to be sentenced by Judge Crotty on June 25, 2007.

In order that Mr. Sanders may receive a single sentencing that takes into consideration both his substantive criminal conduct and the violation of his supervised release he thereby committed, and in order to preserve the resources of the court, the government, Probation, and the Federal Defenders, I respectfully request that the violation of supervised release proceeding currently pending before Your Honor be consolidated with the pending criminal case in front of Judge Crotty. Mr. Sanders is prepared to admit to the specification and proceed to sentencing on it at the same time that he is sentenced on the new criminal charge. I have spoken to his supervising Probation Officer, Miranda Hoyer, who has no objection to this request. The Government, by Assistant U.S. Attorney Benjamin Naftalis, similarly has no objection. Finally, the Honorable Paul A. Crotty is amenable to this request, should Your Honor find consolidation before him to be appropriate.

Thank you for your consideration of this request.

*The pending specification against Rasan Sanders for violation of his supervised release shall be heard before Judge Crotty on June 25, 2007 and consolidated with Mr. Sanders' sentencing on 07 Cr. 147 (PAC).*

Respectfully Submitted,

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

APPLICATION GRANTED

HON. STEPHEN C. ROBINSON
6/15/07