AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| RASUAN SAUNDERS | Case Number:   1: 04 Cr 63 (PAC) |
| | USM Number:   840060-054 |
| | AFD Deirdre D. Von Dornum  (212) 417-8767 |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  2 _____   of the term of supervision.

☐   was found in violation of condition(s) _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | Possession of a Firearm - Federal Crime | December 28, 2006 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   September 8, 1982

Defendant's Residence Address:

150 Dreiser Loop, Building #3A, Apartment #23 C, Bronx, NY 10704

Defendant's Mailing Address:

Same as residence.

July 2, 2007
Date of Imposition of Judgment

/s/ Paul Crotty
Signature of Judge

Paul. A Crotty, United States District Judge
Name and Title of Judge

July 16, 2007
Date

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2007

AO 245D   (Rev. 12/03 Judgment in
          Sheet 2— Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT:
CASE NUMBER:

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   Twelve (12) Months

The defendant was sentenced to twelve (12) months of imprisonment on 1: 04 Cr. 00063 (PAC), violation of supervised release, transferred from Judge Stephen C. Robinson, U.S.D.J . The last six (6) months of the twelve (12) month sentence on the violation supervised release case shall run concurrent with the twenty-nine (29) months imprisonment sentence on 07 Cr 147 (PAC).

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be designated at the Otisville B.O.P facility. The Court further recommends that the defendant participate in any drug treatment offered, and vocational or educational programs if he is eligible to do so.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .

  ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

DEFENDANT:
CASE NUMBER:

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :     One (1) Year.
The defendant was sentenced to one (1) year of supervised release on 1: 04 Cr. 00063 (PAC), violation of supervised release case, transferred from Judge Stephen C. Robinson, U.S.D.J . The three (3) years of supervised release imposed on 07 Cr 147 9PAC), shall run concurrent with the one (1) year of supervised release imposed on 1: 04 Cr. 00063 violation of supervised release.

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
     future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works,
     or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

   If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 3C — Supervised Release

Judgment—Page 4 of 4

DEFENDANT:
CASE NUMBER:

## SPECIAL CONDITIONS OF SUPERVISION

The term of supervised release will commence with 90 days of inpatient treatment at Daytop Rhinback or another facility approved by the Probation Department for substance abuse, which program may include testing to determine whether the offender has reverted to the use of drugs or alcohol. At the end of 75 days at the inpatient treatment, the Probation Department shall submit a report to the Court to with respect to the defendants progress and to determine whether 90 days of treatment is sufficient. Once the inpatient treatment is deemed complete, the defendant shall participate in outpatient substance abuse treatment, mental health treatment and vocational training and counseling, under the supervision of Probation. The Probation Department is to report to the Court and the parties on the defendant's progress every 90 days during the defendant's supervised release. The defendant will be required to contribute to the costs of services rendered (co-payment), in an amount determined by the probation officer, based on ability to pay or availability of the third-party payment.

The defendant shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must be conducted at a reasonable time and in reasonable manner. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition.

The defendant shall participate in educational and vocational training programs as directed by the Probation Department.

The defendant is to report to the nearest Probation Office within 72 hours of release from custody

The defendant shall be supervised by the district of his residence.